UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEI LAPSHIN,

        Petitioner,

v.

PAMELA BONDI, *et al.*,

        Respondents.

CASE NO. 2:25-cv-02245-KKE-GJL

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

On behalf of Petitioner Sergei Lapshin, the Federal Public Defender's Office ("FPD") has filed a Motion to Appoint Counsel ("Motion") in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. In the Motion, the FPD indicates their willingness to represent Petitioner in this case. *Id*. In addition, the FPD declares that Petitioner does not have the financial resources to retain counsel as he is presently in custody, and that they will file a signed affidavit regarding Petitioner's financial eligibility within 30 days. *Id*. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS** as follows:

(1)    The Court is in receipt of Petitioner's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. The filing fee has been paid. *See id*. Because of the complex issues

1  involved in this case, the interests of justice do require that counsel be appointed for Petitioner.
2  *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel is
3  **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner
4  in these proceedings. Further, **within 30 days of the date of this Order**, Petitioner shall **FILE**
5  an affidavit demonstrating financial eligibility for such appointment.
6  　　　(2)　The Clerk shall send copies of this Order to Petitioner, to the Federal Public
7  Defender, to counsel for Respondents, and to the Honorable Kymberly K. Evanson.

Dated this 14th day of November, 2025.

[signature]

Grady J. Leupold
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2