## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGEI LAPSHIN,<br><br>　　　　　　　　　Petitioner(s),<br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　　　　Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2245-KKE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS IN PART Lapshin's petition for writ of habeas corpus (Dkt. No. 1).

1) Respondents are ORDERED to release Lapshin from custody in compliance with 8 U.S.C. § 1231. Within **FORTY-EIGHT (48) HOURS** of issuance of this Order, Respondents must provide the Court with a declaration confirming Lapshin has been released from custody.
2) Should Respondents take steps to remove Lapshin to a third country, they must provide written notice to Lapshin and all counsel of record at least ten days prior to the removal.

Dated January 9, 2026.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　　Deputy Clerk